IN THE UNITED STATES DISTRICT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. 05-00207-cr-w-dw |
| JOSPEPH R. GROOMS, | ) | |
| Defendant. | ) | |

**ORDER**

Before the Court is Magistrate Judge Hays's Report and Recommendation denying Defendant's Motion to Suppress Evidence (Doc. 30). Defendant did not file objections to the Report and Recommendation. After an independent review of the record, the applicable law and the parties' arguments, the Court adopts the Magistrate's findings of fact and conclusions of law. Accordingly, the Court order that the Magistrate's Report and Recommendation be attached to made a part of this Order, and denies the Defendant's Motion to Suppress.

IT IS SO ORDERED

/s/ DEAN WHIPPLE
Dean Whipple
United States District Judge

DATE: May 1, 2006